Submitted on briefs November 9, affirmed November 26, 1971

STATE OF OREGON, *Respondent, v.* BOYD
CHARLES MABRY, *Appellant.*

490 P2d 1044

Nicholas D. Zafiratos, Astoria, for appellant.

Lee Johnson, Attorney General, John W. Osburn,
Solicitor General, and Thomas H. Denney, Assistant
Attorney General, Salem, for respondent.

Before Schwab, Chief Judge, and Langtry and
Fort, Judges.

PER CURIAM.

AFFIRMED. STATE v. WOODWARD, 1 OR APP 338, 462
P2D 685 (1969).